# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Strike 3 Holdings, LLC

                    Plaintiff,

v.                                      Case No.: 1:18–cv–05929
                                        Honorable Harry D. Leinenweber

John Doe subscriber assigned IP address 108.219.217.26

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 6, 2018:

      MINUTE entry before the Honorable Harry D. Leinenweber: Motion to quash is voluntarily withdrawn [13]. No appearance is needed on 11/7/18. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.